UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Def 1)  Randy Lee THOMPSON Jr.<br>Def 2)  Christopher Paul MARTIN Jr,<br><br>Defendant(s) | Magistrate Case No.  '08 MJ 0637<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8 U.S.C., Sec. 1324 (a)(1)(A)(ii)<br><br>Transportation of Illegal Aliens |

The undersigned complainant, being duly sworn, states:

On or about **March 1, 2008**, within the Southern District of California, defendant **Randy Lee THOMPSON Jr., and Christopher Paul MARTIN Jr.** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Eduardo PLASCENCIA-Heredia, and Carlos M. CORONEL-Moreno**, had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **3rd** DAY OF **MARCH, 2008.**

Cathy A. Bencivengo
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Randy Lee THOMPSON Jr.
Christopher Paul MARTIN Jr.

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

Furthermore, the complainant states that **Eduardo PLASCENCIA-Heredida, and Carlos M. CORONEL-Moreno** are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On March 1, 2008, Senior Patrol Agent M. Salzano, and Border Patrol Agents C. Loucel, and S. Mendez were conducting assigned duties at the U.S. Border Patrol Checkpoint located on the westbound lanes of Interstate 8, near Pine Valley, California. Agent Salzano was positioned just before the primary inspection area, with his agency canine Bartel. At approximately 7:10 a.m., a light blue Toyota Tercel, approached the checkpoint's primary inspection area with two visible occupants. Bartel alerted Agent Salzano that the blue Toyota possibly contained contraband. Agent Salzano instructed Agent Loucel, who was working at the primary inspection area, to direct the Toyota to the secondary inspection area. Agent Loucel, speaking to the driver through an open window, and within three feet of the Toyota, ordered the driver to park the Toyota in the secondary inspection area. The driver, later identified as the defendant **Randy Lee THOMPSON Jr.**, drove into the secondary inspection area, violently accelerated and sped westbound on Interstate 8.

Agent Mendez, who was working his assigned position past the secondary inspection area, was signaled by Agent Salzano to deploy a Controlled Tire Deflation Device in front of the Toytota Tercel. Agent Mendez successfully deployed the Tire Deflation Device. Agent Loucel then began to pursue the fleeing Toyota, in a marked Border Patrol sedan with fully functioning emergency lights and audible police siren activated, in an attempt to conduct a vehicle stop. Agents Salzano and Mendez followed Agent Loucel's vehicle. The defendant failed to yield to the emergency lights and police siren for approximately one mile. The defendant continued to travel on Interstate 8 and exited at the Sunrise Highway exit. The defendant lost control of the vehicle and came to a stop on the shoulder of the road next to the Sunrise Highway on-ramp. Agents Loucel, Mendez and Salzano, identified themselves as United States Border Patrol Agents and removed the defendant and the front seat passenger, later identified as the other defendant **Christopher Paul MARTIN Jr.**, from the Toyota. At approximately 7:15 a.m., the defendants were placed under arrest for High speed flight from an immigration checkpoint. Agent Salzano ran the canine Bartel again on the Toyota and alerted on the trunk of the Toyota. Agent Salzano opened the trunk of the Toyota and encountered two male individuals inside. Agent Mendez identified himself to the two subjects as a United States Border Patrol Agent and performed and immigration inspection of each individual. Each individual freely admitted to being citizens of Mexico, and to having no immigration documents that would allow them to legally enter or remain in the United States. Agent Mendez placed each individual under arrest for illegal entry into the United States. The defendants and the two individuals were transported to the Interstate 8 Border Patrol Checkpoint for processing.

**CONTINUATION OF COMPLAINT:**
Randy Lee THOMPSON Jr.
Christopher Paul MARTIN Jr.

## DEFENDANT STATEMENT: Randy Lee THOMPSON Jr.

The defendant **Randy Lee THOMPSON Jr.**, was read his Miranda rights and understood them. The defendant was willing to answer questions without an attorney present. The defendant stated he was born in San Bernardino, California. The defendant stated that they went to a gas station located in Tecate, California. The defendant said that he was approached by a man named Diego and asked them if they would drive a vehicle to San Marcos, California, and that he would pay him $700.00 USD and an undetermined amount of marijuana. The defendant stated that Diego did not specifically say what was located within the vehicle, but that he assumed it was either undocumented aliens or illicit narcotics. The defendant stated that he had previously met Diego on two occasions, and had also previously arranged to smuggle undocumented aliens. The defendant said that he needed the money and agreed to drive the vehicle.

## DEFENDANTS STATEMENT: Christopher Paul MARTIN Jr.

The defendant **Christopher Paul MARTIN Jr.** was read his Miranda rights and understood them. The defendant was willing to answer questions without an attorney present. The defendant stated that he was born in Long Beach, California. The defendant stated that **Randy Lee THOMPSON Jr.** had met an individual named Diego who offered him $700 USD and an undetermined amount of marijuana to drive a vehicle through the Interstate 8. The defendant stated that he did not know exactly what was in the vehicle, but that he assumed it was something illegal. The defendant said that he assumed that there was something illegal located in the car because there would be no other reason for someone to pay people that much to drive their car. The defendant stated that he and Randy Lee THOMPSON Jr. picked up the vehicle from a store in Tecate, California. The defendant said he had known Randy Lee THOMPSON Jr. for a while, and that he would most likely share the money and marijuana that he was to receive with him. The defendant admitted to have a previous alien smuggling arrest.

## MATERIAL WITNESS STATEMENTS

**Eduardo PLASCENCIA-Heredia**, and **Carlos M. CORONEL-Moreno** admitted to being citizens and nationals of Mexico without any documents that would allow them to be or remain in the United States legally. All two stated they entered the United States near Tecate, California by jumping the United States Mexico/International Boundary Fence with the help of a foot guide. PLASCENCIA and CORONEL were going to pay approximately $1,700.00 to be smuggled to Los Angeles, California.

Executed on March 2, 2008, at 9:00 am.

Carlos R. Chavez
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 2 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **March 1, 2008**, in violation of Title 8, United States Code, Section 1324.

Cathy A. Bencivengo
United States Magistrate Judge

Date/Time: 3/2/08 @ 10:AM