UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> Randy Lee Thompson, et al. ) <br> ) <br> ) <br> Defendant(s) ) <br> ) | CRIMINAL NO. 08CR 0750-JLS <br><br> ORDER 08mj0637 <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. 07404298 |

On order of the United States District/Magistrate Judge, **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:  (Bond Posted / Case Disposed / Order of Court).

Eduardo Plascencia-Heredia

DATED: 3-13-08

**CATHY ANN BENCIVENGO**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by /s/ Hernandez
Deputy Clerk