U.S.A. vs _Randy Lee Thompson, Jr (1); Christopher Paul Martin, Jr. (2)_  08CR0750-JLS

The Court finds excludable delay, under the section indicated by check (✓),
commenced on __3-27-08__ and ended on __10-13-08__ ; (X7)(XT1)
_____ and ended on _____ . (   )

**3161(h)**

___(1)(A)  Exam or hrg for **mental or physical incapacity**  A

___(1)(B)  **NARA exam**ination (28:2902)  B

___(1)(D)  State or Federal trials or **other charges pending**  C

___(1)(E)  **Interlocutory appeals**  D

___(1)(F)  **Pretrial motions** (from flg to hrg or other prompt dispo)  E

___(1)(G)  **Transfers from other district** (per FRCrP 20, 21 & 40)  F

___(1)(J)  **Proceedings under advisement** not to exceed thirty days  G

___       Misc proc: Parole or prob rev, deportation, **extradition**  H

___(1)(H)  **Transportation** from another district or to/from examination or hospitalization in ten days or less  6

_X_(1)(I)  Consideration by Court of **proposed plea agreement**  (7)

___(2)    **Prosecution deferred** by mutual agreement  I

___(3)(A)(B)  **Unavailability of defendant** or **essential witness**  M

___(4)    Period of **mental or physical incompetence** of defendant to stand trial  N

___(5)    Period of **NARA commitment or treatment**  O

___(6)    **Superseding indictment and/or new charges**  P

___(7)    **Defendant awaiting trial of co-defendant** when no severance has been granted  R

___(8)(A)(B)  **Continuances** granted per (h)(8)-use "T" alone if more than one of the reasons below are given in support of continuance  T

___(8)(B)(I)  1) Failure to grant a **continuance** in the proceeding would result in a **miscarriage of justice** and the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. (**Continuance - miscarriage of justice**)  (T1)

_X_       2) Failure to grant a **continuance** of the trial would result in a miscarriage of justice as the defendant has tendered a guilty plea to a magistrate judge and is awaiting a determination as to whether the plea will be accepted. (**Continuance - tendered a guilty plea**)

___(8)(B)(ii)  2) **Case** unusual or **complex**  T2

___(8)(B)(iii) 3) **Indictment** following arrest **cannot be filed** in thirty (30) days  T3

___(8)(B)(iv)  4) **Continuance** granted in order to obtain or substitute counsel, or give reasonable time to prepare (**Continuance re counsel**)  T4

___3161(I)  Time up to **withdrawal of guilty plea**  U

___3161(b)  Grand jury **indictment time extended** thirty (30) more days  W

Date __3-27-08__                                 _____
                                              Judge's Initials