```
 1 | DAVID J. ZUGMAN
   | California Bar No. 190818
 2 | 964 Fifth Avenue, Suite 300
   | San Diego, California  92101-5008
 3 | Telephone:  (619) 699-5931
   | Facsimile:  (619) 699-5932
 4 | zugman@sbcglobal.net
 5 | Attorney for Christopher Martin
 6 |
 7 |
 8 |                    UNITED STATES DISTRICT COURT
 9 |                   SOUTHERN DISTRICT OF CALIFORNIA
10 |                   (HONORABLE JANIS L. SAMMARTINO)
11 | UNITED STATES OF AMERICA,      )  Criminal No. 08CR0750-JLS
                                    )
12 |            Plaintiff,           )  Date: June 23, 2008
                                    )  Time: 9:00 a.m.
13 | v.                              )
                                    )
14 | CHRISTOPHER PAUL MARTIN, (2),   )  NOTICE OF JOINT MOTION TO CONTINUE
                                    )  SENTENCING HEARING
15 |            Defendant.           )
                                    )
16 | TO:  KAREN P. HEWITT, UNITED STATES ATTORNEY, and CARLOS CANTU,
   |      ASSISTANT UNITED STATES ATTORNEY, and LISA DELANEY, UNITED
17 |      STATES PROBATION OFFICER
18 |      PLEASE TAKE NOTICE that Defendant Christopher Martin, by and
19 | through his Counsel, David J. Zugman, files the instant motion to
20 | continue the sentencing hearing.
21 |                                   Respectfully Submitted,
22 |
23 | Date: April 17, 2008              S/David J. Zugman
   |                                   David J. Zugman
24 |                                   Attorney for Mr. Martin
25 |
26 |
27 |
28 |
```

<u>PROOF OF SERVICE</u>

I, the undersigned, declare that:

1. I am over eighteen (18) years of age; am a resident of the County of San Diego, State of California; and my business address is 964 Fifth Avenue, Suite 300, San Diego, California, 92101-5008.

2. I am effecting service of JOINT MOTION TO CONTINUE THE SENTENCING HEARING on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

>   Carlos Cantu, Assistant U.S. Attorney
>   Office of the U.S. Attorney
>   880 Front Street
>   San Diego, CA 92101

>   Lisa DeLaney, United States Probation Officer
>   United States Probation Office
>   101 West Broadway, Suite 700
>   San Diego, CA 92101-7991

3. I hereby certify that I have mailed the foregoing, by United States Postal Service to the following non-EFC participants in this case:

1. N/A

to the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 17, 2008.

S/David Zugman
DAVID J. ZUGMAN