1  DAVID J. ZUGMAN
   California State Bar Number 190818
2  964 Fifth Avenue, Suite 300
   San Diego, California  92101
3  Telephone: (619) 699-5931
   Facsimile: (619) 699-5932
4  dzugman@burchamzugman.com

5  Attorney for Christopher Martin

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                  (HONORABLE JANIS L. SAMMARTINO)

11 UNITED STATES OF AMERICA,    )    Case No. 08CR0750-JLS
                                )
12              Plaintiff,      )    Date: June 23, 2008
                                )    Time: 9:00 a.m.
13 v.                           )
                                )
14 CHRISTOPHER PAUL MARTIN, (2),)    JOINT MOTION TO CONTINUE THE
                                )    SENTENCING HEARING
15              Defendant.      )
   _____)
16
       **THE PARTIES STIPULATE** to continue Mr. Martin's sentencing hearing
17
   from June 23, 2008 at 9:00 a.m. to July 11, 2008, at 9:00 a.m..  This is
18
   the first continuance request of the sentencing hearing.  This request
19
   has been cleared with this Court's clerk.  The attached declaration of
20
   counsel details the reasons for the request.  Mr. Martin is in custody.
21
       **IT IS SO STIPULATED:**
22
   Dated: April 17, 2008        S/David Zugman_____
23                               DAVID ZUGMAN
                                 ATTORNEY FOR MR. MARTIN
24

25 Dated: April 17, 2008         S/CARLOS CANTU_____
                                 CARLOS CANTU
26                               ASSISTANT U.S. ATTORNEY

27

28
                                                         08CR0750-JLS