DAVID J. ZUGMAN
California State Bar Number 190818
964 Fifth Avenue, Suite 300
San Diego, California  92101
Telephone: (619) 699-5931
Facsimile: (619) 699-5932
dzugman@burchamzugman.com

Attorney for Christopher Martin

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JANIS L. SAMMARTINO)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR0750-JLS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHRISTOPHER PAUL MARTIN, (2), | ) | DECLARATION IN SUPPORT OF MOTION |
| | ) | TO CONTINUE THE SENTENCING HEARING |
| Defendant. | ) | |
| | ) | |

I, David J. Zugman, declare as follows.

1.  I am the attorney assigned to represent Mr. Martin in the above captioned case.

2.  Mr. Martin's sentencing hearing is scheduled for June 23, 2008.

3.  Due to Counsel's schedule, the interview with the Probation Officer had to be put off until the week of April 28th.  That only gives the officer a few days to get the report written, approved, and filed.

4.  A brief continuance of the sentencing hearing would allow the Probation Officer sufficient time to file the report.

5.  Counsel contacted this Court's clerk and explained the above. The first available date for a rescheduled sentencing hearing is July

11, 2008.

6. Counsel has contacted the Probation Officer, Lisa DeLaney and the Assistant U.S. Attorney, Carlos Cantu, both of whom do not object to this request.

8. Mr. Martin asks that the Court reschedule his sentencing hearing to July 11, 2008.

9. This request does not affect Mr. Martin's codefendant, Randy Thompson, because Mr. Thompson has a different Probation Officer assigned to his case and his Probation Interview has already been completed.

FURTHER I DECLARE NOT:

Respectfully Submitted,

Dated: April 17, 2008        S/David Zugman
                             DAVID ZUGMAN
                             ATTORNEY FOR MR. MARTIN