1

2

3

4

5

6

7

8

9                              UNITED STATES DISTRICT COURT

10                            SOUTHERN DISTRICT OF CALIFORNIA

11                             (HONORABLE JANIS L. SAMMARTINO)

UNITED STATES OF AMERICA,      )      Case No. 08CR0750-JLS
12                             )
                Plaintiff,     )
13                             )
v.                             )
14                             )
CHRISTOPHER PAUL MARTIN, (2)   )      ORDER CONTINUING SENTENCING
15                             )      HEARING
                Defendant.     )
16 ────────────────────────────)

17        **PURSUANT TO THE PARTIES STIPULATION**, it is hereby ordered that Mr.

18 Martin's sentencing hearing be continued to July 11, 2008 at 9:00 a.m..

19

20 DATED:  April 17, 2008

21                                  _Janis L. Sammartino_____
                                    Honorable Janis L. Sammartino
22                                  United States District Judge

23

24

25

26

27

28